<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BONNIE LOU B.,<br><br>            Plaintiff,<br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Civil Action No. 3:21-cv-18157<br><br>**ORDER** |

<u>CASTNER</u>, District Judge

For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this <u>30th</u> day of December, 2022

**ORDERED** that the decision of the Commissioner is hereby affirmed; and it is further

**ORDERED** that the Clerk is directed to close this case.


Date: <u>December 30, 2022</u>             */s/ Georgette Castner*

                                              GEORGETTE CASTNER, U.S.D.J.